

# Fourth Court of Appeals
## San Antonio, Texas

August 10, 2017

No. 04-15-00741-CR

Eduardo Ernesto **CARIELO,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR2826
Honorable Kevin M. O'Connell, Judge Presiding

# O R D E R

Sitting:      Rebeca C. Martinez, Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice

The panel has considered the appellant's motion for rehearing, and the motion is DENIED.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of August, 2017.

_____
Luz Estrada
Chief Deputy Clerk